IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sobers, Richard LeRoy | Case Number: 07 B 09875 |
|---|---|---|
| | Sobers, Delma Maria | Judge: Wedoff, Eugene R |
| | Printed: 10/30/07 | Filed: 6/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 0.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 1,500.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 1,900.00 | 0.00 |
| 7. | City of Chicago Heights | Secured | 300.00 | 0.00 |
| 8. | Option One Mortgage Corp | Secured | 2,500.00 | 0.00 |
| 9. | Option One Mortgage Corp | Secured | 17,307.00 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured | 40,395.24 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 191.07 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 52.00 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 752.52 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 205.72 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 530.02 | 0.00 |
| 16. | B-Real LLC | Unsecured | 233.76 | 0.00 |
| 17. | Illinois Student Assistance Commission | Unsecured | 3,110.61 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 177.37 | 0.00 |
| 19. | American General Finance | Unsecured | 633.62 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 220.99 | 0.00 |
| 21. | Nelnet | Unsecured | | No Claim Filed |
| 22. | AT&T | Unsecured | | No Claim Filed |
| 23. | Hinckley Springs | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | Wachovia Dealer Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sobers, Richard LeRoy  　　　　　Case Number:  07 B 09875
　　　　　Sobers, Delma Maria  　　　　　　　Judge:  Wedoff, Eugene R
　　　　　Printed:  10/30/07  　　　　　　　　　Filed:  6/1/07

26.  Menards                        Unsecured                                    No Claim Filed
　　　　　　　　　　　　　　　　　　　　　　　_____         _____
　　　　　　　　　　　　　　　　　　　　　　　$ 70,009.92                $ 0.00

### TRUSTEE FEE DETAIL

　　　　　　　　　　　　　Fee Rate                       Total Fees
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　Marilyn O. Marshall, Trustee, by:

　　　　　_Denise Ashley_____